UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NADEEM HASSAN,

                            Petitioner,                      9:26-cv-00319 (BKS)

v.

PAMELA BONDI, in her official capacity as U.S. Attorney General; PHILIP RHONEY, in his official capacity as Deputy Field Office Director, Buffalo Field Office, U.S. Immigration & Customs Enforcement; TAMMY MARICH, in her official capacity as Field Office Director, Buffalo Field Office, U.S. Immigration & Customs Enforcement; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and KRISTI NOEM, in her official capacity as Secretary of Homeland Security,

                            Respondents.
_____

**Appearances:**

*For Petitioner:*
Matthew K. Borowski
Borowski Witmer Immigration Lawyers
4343 Union Road
Buffalo, New York 14225

*For Respondents:*
David M. Katz
Assistant United States Attorney
United States Attorney's Office
100 South Clinton Street
Syracuse, New York 13261

**Hon. Brenda K. Sannes, Chief United States District Judge:**

## ORDER

        On February 26, 2026, Petitioner Nadeem Hassan, a noncitizen who has been present in the United States since 2023, was taken into custody by Immigration and Customs Enforcement

("ICE") and is being held at Clinton County Jail in Plattsburgh, New York. (Dkt. No. 1, ¶ 1; Dkt. No. 7-3, ¶ 15). The same day, Petitioner filed a petition under 28 U.S.C. § 2241 for a writ of habeas corpus seeking an order granting his immediate release, or, in the alternative, a bond hearing, and an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), as amended, 28 U.S.C. § 2412. (Id. at 17–18). Having received briefing from all parties, (Dkt. Nos. 1, 7), and having held a hearing on March 13, 2026, the Court grants the Petition and orders a bond hearing within ten (10) days of the date of this Order. The Court will issue a written decision setting forth the reasons for this Order in more detail and addressing Petitioner's request for EAJA fees and costs.

Accordingly, it is

**ORDERED** that the Petition for a writ of habeas corpus (Dkt. No. 1) is GRANTED; and it is further

**ORDERED** that Respondents shall afford Petitioner an individualized bond hearing, within 10 days, before an immigration judge, where the Government bears the burden of proving, by clear and convincing evidence that Petitioner is either a flight risk or a danger to the community, justifying his continued detention without bond; and it is further

**ORDERED** that Respondents shall certify compliance with this Order by filing a status report by March 24, 2026.

**IT IS SO ORDERED.**

Dated: March 13, 2026
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge